UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CARRIE KOMISAREK,

    Plaintiff,

  v.                                          Case No.: 19-cv-390

PAPER TRANSPORT, INC.

    Defendant

---

## VOLUNTARY STIPULATION OF DISMISSAL

---

The Parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter may be dismissed upon the merits, with prejudice and without costs to either party.

Dated this 7th day of February, 2020.

                                            By:    **s/ *Matthew J. Tobin*_____**
                                                                        Matthew J. Tobin, SBN 1097545
                                                                       Walcheske & Luzi, LLC
                                                                       15850 W. Bluemound Road, Suite 304
                                                                       Brookfield, Wisconsin 53005
                                                                       Telephone: (262) 780-1953
                                                                       Email: mtobin@walcheskeluzi.com
                                                                       *Attorney for Plaintiff*

                                            By:    **s/ *Nicholas J. Linz*_____**
                                                                       Nicholas J. Linz, SBN 1064358
                                                                       Hager, Dewick, & Zuengler, S.C.
                                                                       200 South Washington Street, Suite 200
                                                                       Green Bay, Wisconsin 54301
                                                                       Telephone: (920) 430-1900
                                                                       Email: nlinz@hdz-law.com
                                                                       *Attorney for Defendant*